**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* v. **DAVID NÚÑEZ PÉREZ,** *Defendant.* | No. 01-cr-519-JAG-BJM |

**NOTICE OF APPEAL**

Notice is hereby given that David Núñez Pérez respectfully appeals to the United States Court of Appeals for the First Circuit the Judgment and Sentence entered against him on September 27, 2024, by the Honorable Jay A. García-Gregory, Judge of the United States District Court for the District of Puerto Rico (ECF Nos. 259-260). It is requested that the full record of this case be transferred to the First Circuit.

**RESPECTFULLY SUBMITTED.**     October 11, 2024

**RACHEL BRILL**
Federal Public Defender

**s/KEVIN E. LERMAN***
Assistant Federal Public Defender
USDC-PR No. G03113
241 F.D. Roosevelt Avenue
San Juan, Puerto Rico 00918
Telephone: (787) 281-4922
Direct: (787) 474-6389

Email: Kevin_Lerman@fd.org

***CERTIFICATION:** I ECF-filed this **NOTICE OF APPEAL** on August 26, 2024, notifying the parties, including government counsel.